B⌀88

FILED

MAR 08 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL LUNSFORD | Criminal No. 22-49<br><br>**[UNDER SEAL]**<br><br>(18 U.S.C. § 2113(a)) |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about November 20, 2021, in the Western District of Pennsylvania, the defendant, MICHAEL LUNSFORD, by force, violence and intimidation, did take from the person and presence of another, namely employees of the Citizens Bank, located at 1356 Hoffman Boulevard, West Mifflin, PA 15122, money, in the amount of approximately $1,945.00 in United States currency, belonging to and in the care, custody, control, management and possession of Citizens Bank, a bank, the accounts of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

A True Bill,

Foreperson

CINDY K. CHUNG
United States Attorney
PA ID No. 317227

BENJAMIN J. RISACHER
Assistant United States Attorney
PA ID No. 318436